# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| Willette De-Jesús, et al<br><br>　　Plaintiffs<br><br>　　　v.<br><br>Wal-Mart Puerto Rico, Inc., et al<br><br>　　Defendants | Civil No. 23-1164 (RAM) |

## JUDGMENT

On May 6, 2025, the parties filed a Joint Motion to Dismiss with Prejudice (Docket No. 82). In accordance with the Order entered today (Docket No. 83), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety. The Court will retain jurisdiction for enforcement purposes.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of May 2025

　　　　　　　　　　　　　　　　　s/Raúl M. Arias-Marxuach
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE